| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Peter DiBenedetto<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2862<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Emilia DiBenedetto<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4433<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–28047–JNP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter DiBenedetto          Emilia DiBenedetto

11/6/20

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-28047-JNP
Peter DiBenedetto  Chapter 13
Emilia DiBenedetto
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Nov 06, 2020  Form ID: 3180W  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter DiBenedetto, Emilia DiBenedetto, 138 Lay Drive, Franklinville, NJ 08322-3622 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515756814 | + | Attorney General, Hughes Justice Complex, PO Box 080, Trenton, NJ 08625-0080 |
| 515756819 | + | Cbe Group, 131 Tower Park Ste 100, Waterloo, IA 50701-9374 |
| 515756820 | | Central Credit Services, Inc., PO Box 15118, Jacksonville, FL 32239-5118 |
| 515756825 | | Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 515901912 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515756830 | + | Rbs Card Services, Mercentile Ad Adjustment Bureau, Po Box 9016, Williamsville, NY 14231-9016 |
| 515756831 | | Rymr&flnign, Cscl Dispute Tm-mac N8235-04m, Des Moines, IA 50306 |
| 515756828 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 515756836 | | State Of New Jersey, Division Of Taxation, CN-190, Trenton, NJ 08650 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515756812 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 06 2020 21:33:00 | AllianceOne Receivables Management, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 515790065 | | EDI: GMACFS.COM | Nov 07 2020 01:58:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 515756813 | + | EDI: GMACFS.COM | Nov 07 2020 01:58:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 515756816 | | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 515869807 | + | Email/Text: bncmail@w-legal.com | Nov 06 2020 21:34:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515756822 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 21:33:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 515781468 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 15-28047-JNP   Doc 50   Filed 11/08/20   Entered 11/09/20 00:22:28   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Nov 06 2020 21:33:00 | Citizens Bank, N.A., 443 Jefferson Boulevard RJW-135, Warwick, RI 02886 |
| 515756815 | + EDI: CAPITALONE.COM | | |
| | | Nov 07 2020 01:58:00 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 515786864 | EDI: CAPITALONE.COM | | |
| | | Nov 07 2020 01:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515756817 | + Email/Text: bankruptcy@cavps.com | | |
| | | Nov 06 2020 21:34:00 | Cavalry Port, 7 Skyline Dr Ste 3, Hawthorne, NY 10532-2162 |
| 515756818 | + Email/Text: bankruptcy@cavps.com | | |
| | | Nov 06 2020 21:34:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 515816837 | + Email/Text: bankruptcy@cavps.com | | |
| | | Nov 06 2020 21:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515756821 | + Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Nov 06 2020 21:33:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 515756823 | EDI: WFNNB.COM | | |
| | | Nov 07 2020 01:58:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 515756824 | EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | GE Capital Retail Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 515756826 | EDI: WFFC.COM | | |
| | | Nov 07 2020 01:58:00 | Homeprjvisa, Cscl Dispute Team, Des Moines, IA 50306 |
| 515799951 | + Email/Text: camanagement@mtb.com | | |
| | | Nov 06 2020 21:34:00 | Lakeview Loan Servicing, LLC, C/O M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 515756827 | Email/Text: camanagement@mtb.com | | |
| | | Nov 06 2020 21:34:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516172383 | EDI: Q3G.COM | | |
| | | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 515818884 | EDI: Q3G.COM | | |
| | | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516172384 | + EDI: Q3G.COM | | |
| | | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC 98083-0788 |
| 515756832 | + Email/Text: bk-notification@sps-law.com | | |
| | | Nov 06 2020 21:33:00 | Schachter Portnoy LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 515756834 | + EDI: SECONDROUND.COM | | |
| | | Nov 07 2020 01:58:00 | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |
| 515756835 | + Email/Text: compliance@sentrycredit.com | | |
| | | Nov 06 2020 21:35:00 | Sentry Credit Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 515756838 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Syncb/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 515756837 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 515756839 | EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 515756840 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 515850886 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 06 2020 21:34:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515756841 | + EDI: WTRRNBANK.COM | | |
| | | Nov 07 2020 01:58:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

| 515756842 | EDI: VERIZONCOMB.COM | Nov 07 2020 01:58:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
|---|---|---|---|
| 515929456 | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515756829 | ##+ | Nudelman, Klemm & Golub, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 515756833 | ## | Schlee & Stillman Law Office, PO Box 251298, West Bloomfield, MI 48325-1298 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Peter DiBenedetto jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Emilia DiBenedetto jjresq@comcast.net  jjrogers0507@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Sherri Jennifer Smith | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 46 |

| | |
|---|---|
| | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-23 ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-23 ssmith@pincuslaw.com, nj.bkecf@fedphe.com |

TOTAL: 12